UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GOLD STAR ENERGY, LLC, | ) CASE NO. 2:18-cv-442 |
| | ) |
| Plaintiff, | ) JUDGE MICHAEL H. WATSON |
| | ) |
| vs. | ) MAGISTRATE JUDGE JOLSON |
| | ) |
| MICHAEL DUNLAP, *et al.*, | ) |
| | ) **STIPULATED DISMISSAL WITH** |
| Defendants. | ) **PREJUDICE** |
| | ) |

Plaintiff Gold Star Energy, LLC and Defendant LifeEnergy, LLC ("LifeEnergy") do hereby stipulate to the dismissal of all of Plaintiff's claims against all Defendants, and all of Defendant's counterclaims against Plaintiff, with prejudice. Each party will bear its own costs.

This Court shall retain jurisdiction over the Parties' Stipulated Injunction Order and Settlement Agreement and Release.

|  | Respectfully submitted, |
|---|---|
| BAKER & HOSTETLER LLP | ZASHIN & RICH CO., LPA |
| /s/   Matthew L. Roberts | /s/ Scott H. DeHart |
| Matthew L. Roberts (#0079938) | Scott H. DeHart (#0095463) shd@zrlaw.com |
| 200 Civic Center Drive, Suite 1200 | Drew C. Piersall (#0078085) dcp@zrlaw.com |
| Columbus, Ohio 43215 | 17 S. High St., Suite 900 |
| Telephone: (614) 462-2694 | Columbus, OH 43215 |
| Facsimile: (614) 462-2616 | Tel: 614-224-4411 |
| mroberts@bakerlaw.com | Fax: 614-224-4433 |
| *Attorney for Defendant/Counterclaimant* | |
| *LifeEnergy, LLC* | Stephen S. Zashin (#0064557) ssz@zrlaw.com |
| | David P. Frantz (#0091352) dpf@zrlaw.com |
| | 950 Main Avenue, 4th Floor |
| | Cleveland, Ohio 44113 |
| | Tel: 216-696-4441 |
| | Fax: 216-6961618 |

*Attorneys for Plaintiff/Counterdefendant*
*Gold Star Energy LLC*

IT IS SO ORDERED:

6/12/2019
Date

_Michael R. Watson_
Judge Michael Watson